## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Robert A. Morad                           CHAPTER 13
      Melissa A. Morad
         Debtor(s)                       BKY. NO. 26-10248 JCM

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

          Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
24 Jun 2026, 14:30:50, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: cc683469e3672eea52249b0e81db9d1ef4dd6b5bf5a79ca69e273a9876d57593